## UNITED STATES Of America, Appellee,

v.

## David D. AGUIRRE, Appellant.

### No. 03–1696.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 11, 2003.

Decided Sept. 16, 2003.

Matthew Wood Fleming, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

James Blair Pierce, Federal Public Defender's Office, Fayetteville, AR, David D.

Aguirre, pro se, Oklahoma City, OK, for Defendant–Appellant.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

In this direct appeal following his conditional guilty plea to a drug charge, David Aguirre challenges the district court's[1] denial of his motion to suppress evidence. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that denial of the motion to suppress was proper for the reasons explained by the district court. *See United States v. Morgan*, 270 F.3d 625, 630 (8th Cir.2001) (standard of review), *cert. denied*, 537 U.S. 849, 123 S.Ct. 192, 154 L.Ed.2d 79 (2002). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.